# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

DAVID HARGROVE,            )
                           )
      Petitioner,         )
                           )
      v.                  )      No.  09-3078
                           )
UNITED STATES OF AMERICA,  )
                           )
      Respondent.      )

## OPINION

On February 11, 2010, this Court denied Petitioner's Pro Se Nunc Pro Tunc Motion to Vacate Defendant's Illegal Conviction, and or Illegal Sentence, Pursuant to "The Alls Great Writ Act" [sic] and entered judgement accordingly. See d/e 6 and 7, respectively.  Petitioner appealed. See d/e  10.

The Seventh Circuit Court of Appeals vacated the judgment and remanded with instructions to dismiss for lack of jurisdiction.  See Hargrove v. United States of America, No. 10-2475 (7th Cir. (Dec. 16, 2011)).  The Appellate Court also denied Petitioner's implied request for permission to file a successive collateral attack.  Id.  The Appellate Court issued a corresponding Mandate on February 7, 2011.  See d/e 18.

## CONCLUSION

Consistent with the Appellate Court's decision, Petitioner's case is DISMISSED for lack of jurisdiction.  This case is TERMINATED.

ENTERED this 9th day of February, 2011

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE